AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: SUMMONS AND COMPLAINT, CIVIL COVER SHEET, DISCLOSURE STAEMENT
EFFECTED (1) BY ME: ANDREW PAWELEK
TITLE: PROCESS SERVER
DATE: 11/11/2014 12:35:11 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

FINANCIAL FUNDING, LLC

Place where served:

2 INDUSTRIAL WAY WEST  SUITE 202A  EATONTOWN  NJ  07724

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

RICHARD TRETSKY

Relationship to defendant   AUTHORIZED AGENT

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11/12/2014          _____ L.S.

SIGNATURE OF ANDREW PAWELEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2015

ATTORNEY:   PAUL I. PERKINS, ESQ.
PLAINTIFF:   FIRST CALIFORNIA HOLDINGS, LLC
DEFENDANT:  GUARANTEED FINANCIAL SOLUTIONS
VENUE:      DISTRICT
DOCKET:     3 14 CV 06226 JAP DEA
COMMENT: