UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| FIRST CALIFORNIA HOLDINGS, LLC | : | Civil Action No. 14-6226 |
|  | : | HON. MICHAEL A. SHIPP |
| V. | : |  |
| GUARANTEED FINANCIAL SOLUTIONS | : |  |

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO LOCAL RULE 41.1(a)

PLEASE TAKE NOTICE that the complaint in the above-captioned matter, having been pending for more than 120 days without any proceeding having been taken therein, will be dismissed on **September 11, 2015,** unless good cause is shown with the filing of an affidavit before the return date. If said affidavit has not been filed before the return date, counsel are required to appear before the Court, to show good cause why this action should not be dismissed for lack of prosecution.

WILLIAM T. WALSH,  CLERK

By
Nativelis Rodriguez
Nativelis Rodriguez, Deputy Clerk

August 28, 2015